IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE HURRY FAMILY REVOCABLE TRUST, ALPINE SECURITIES CORPORATION, AND SCOTTSDALE CAPITAL ADVISORS CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER FRANKEL,<br><br>Defendant. | No. 1:19-mc-00498-AT<br><br>(M.D. Fla. Case No. 8:18-cv-02869) |

**DECLARATION OF JENNY R. CHOU IN SUPPORT OF THIRD PARTY VISION FINANCIAL MARKETS LLC'S MOTION TO TRANSFER AND FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**

I, Jenny R. Chou, declare that the following information is true and correct:

1. I am over 18 years old.

2. I have personal knowledge and am otherwise competent to testify regarding the information in this Declaration.

3. Attached hereto as Exhibit A is a true and correct copy of the docket in *The Hurry Family Revocable Trust, et al. v. Christopher Frankel*, No. 8:18-cv-02869 (M.D. Fla.) as of November 8, 2019.

4. Attached hereto as Exhibit B is a true and correct copy of the docket in *The Hurry Family Revocable Trust, et al. v. Christopher Frankel*, No. 3:19-mc-00114-CSH (D. Conn.), dismissed as of October 25, 2019.

5. Attached hereto as Exhibit C is a true and correct copy of Vision's Memorandum of Law in Support of its Motion to Transfer, Dkt. No. 5-1 in *The Hurry Family Revocable Trust, et al. v. Christopher Frankel*, No. 3:19-mc-00114-CSH (D. Conn.) (Oct. 10, 2019).

I, Jenny R. Chou, declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2019.

*[signature: Jenny K. Chou]*

23466\8\4814-0330-1548.v2