# EXHIBIT B

CLOSED,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:19-mc-00114-CSH

| | |
|---|---|
| Hurry Family Revocable Trust et al v. Frankel et al | Date Filed: 09/26/2019 |
| Assigned to: Judge Charles S. Haight, Jr | Date Terminated: 10/25/2019 |
| Cause: Motion to Compel | Jury Demand: None |
| | Nature of Suit: 990 Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Hurry Family Revocable Trust**   represented by **Brian E. Spears**
Spears Manning & Martini LLC
2425 Post Road
Suite 203
Southport, CT 06890
203-292-9766
Email: bspears@spearsmanning.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alpine Securities Corporation**   represented by **Brian E. Spears**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scottsdale Capital Advisors Corporation**   represented by **Brian E. Spears**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Christopher Frankel**

**Witness**

**Vision Financial Markets, LLC**   represented by **Jenny R. Chou**
Wiggin & Dana-NH
265 Church St.
P.O. Box 1832
New Haven, CT 06510

203-498-4302  
Email: jchou@wiggin.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2019 | 1 | MOTION to Compel Subpoena Compliance *As To Vision Financial Markets LLC* (paid $47 fee; receipt number ACTDC-5457050), filed by Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation, Alpine Securities Corporation.Responses due by 10/17/2019 (Attachments: # 1 Memorandum in Support, # 2 Exhibit Declaration of Jordan Susman)(Spears, Brian) (Entered: 09/26/2019) |
| 09/26/2019 | 2 | NOTICE of Appearance by Brian E. Spears on behalf of Alpine Securities Corporation, Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation (Spears, Brian) (Entered: 09/26/2019) |
| 09/26/2019 |  | Judge Charles S. Haight, Jr added. (Oliver, T.) (Entered: 09/27/2019) |
| 09/26/2019 | 3 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Charles S. Haight, Jr on 09/26/2019.(Nuzzi, Tiffany) (Entered: 09/27/2019) |
| 10/10/2019 | 4 | NOTICE of Appearance by Jenny R. Chou on behalf of Vision Financial Markets, LLC *NOTICE OF APPEARANCE OF JENNY CHOU* (Chou, Jenny) (Entered: 10/10/2019) |
| 10/10/2019 | 5 | First MOTION to Transfer to Another District *THIRD PARTY VISION FINANCIAL MARKETS LLC'S MOTION TO TRANSFER AND FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL* by Vision Financial Markets, LLC. (Attachments: # 1 Memorandum in Support MEMORANDUM OF LAW IN SUPPORT OF THIRD PARTY VISION FINANCIAL MARKETS LLC'S MOTION TO TRANSFER AND FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL, # 2 Affidavit DECLARATION OF JENNY R. CHOU IN SUPPORT OF THIRD PARTY VISION FINANCIAL MARKETS LLC'S MOTION TO TRANSFER AND FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL, AND EXHIBIT [A] HURRY v. FRANKEL DOCKET AS OF 10-9-2019 AND EXHIBIT [B] RULING AND ORDER IN BROWN v. LOWE'S)(Chou, Jenny) (Entered: 10/10/2019) |
| 10/25/2019 | 6 | NOTICE of Voluntary Dismissal of Case Witthout Prejudice by Alpine Securities Corporation, Hurry Family Revocable Trust, Scottsdale Capital Advisors Corporation (Spears, Brian) (Entered: 10/25/2019) |
| 10/25/2019 | 7 | ELECTRONIC ORDER dismissing case. In light of Plaintiffs' 6 *Notice of Voluntary Dismissal of Action Without Prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is hereby dismissed, as stipulated, |

|  | "without prejudice." Doc. 6, at 1. The Clerk is directed to terminate all pending motions and close the file. Signed by Judge Charles S. Haight, Jr. on October 25, 2019. (Gitlin, A.) (Entered: 10/25/2019) |
|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/08/2019 16:28:04 | | | |
| **PACER Login:** | jchou353 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-mc-00114-CSH |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |