**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **THE HURRY FAMILY REVOCABLE TRUST, ALPINE SECURITIES CORPORATION, AND SCOTTSDALE CAPITAL ADVISORS CORPORATION** | : : : : : | **No. 1:19-mc-00498-AT**<br><br>**(M.D. Fla. Case No. 8:18-cv-02869)** |
| **Plaintiffs,** | : : : |  |
| **v.** | : : |  |
| **CHRISTOPHER FRANKEL,** | : : |  |
| **Defendant.** | : : |  |

**THIRD PARTY VISION FINANCIAL MARKETS LLC'S OPPOSITION TO
MOTION TO COMPEL PENDING MOTION FOR TRANSFER TO
THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**

For the reasons stated in third party Vision Financial Markets, LLC's Motion to Transfer and for Extension of Time to Respond to Plaintiffs' Motion to Compel, accompanying Memorandum of Law, and Declaration of Jenny Chou dated November 8, 2019 (Dkt. Nos. 6-8), Vision Financial Markets, LLC opposes the motion to compel compliance with a third party subpoena filed by plaintiffs The Hurry Family Revocable Trust, Alpine Securities Corporation, and Scottsdale Capital Advisors ("Plaintiffs") (Dkt. No. 1), pending the Court's decision on the Motion to Transfer this matter to the U.S. District Court for the Middle District of Florida.

Dated: November 13, 2019

Respectfully Submitted,

Third Party Witness,
Vision Financial Markets, LLC

By:      /s/ Jenny R. Chou
        Jenny R. Chou
        Wiggin and Dana LLP
        One Century Tower
        P.O. Box 1832
        New Haven, CT  06508–1832
        Tel: 203-498-4302
        Fax: 203-782–2889
        jchou@wiggin.com

*Attorney for Vision Financial Markets, LLC*